# Order

Michigan Supreme Court
Lansing, Michigan

August 20, 2009

139291

_____

In re C.W., Minor.

_____

MARY GENIX and SAM GENIX,
        Petitioners-Appellees,

v

JANET PARKER,
        Respondent-Appellant,

and

CHARLES P. WHEELER,
        Respondent.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 139291
COA: 289127
Jackson CC Family Division:
08-002240-NA

      On order of the Court, the application for leave to appeal the May 19, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 20, 2009                                  _____
                                                  Clerk

s0818